·EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
EMILIO SEGARRA, acusado y apelante.

No. 2975.—*Visto:* Diciembre 21, 1926. *Resuelto:* Diciembre 23, 1926.

1. ARMAS—PORTAR ARMAS PROHIBIDAS—PROCESO Y CASTIGO—USO DEL ARMA—
PORTACIÓN PERMITIDA POR LEY.—Cuando una persona porta un machete en
el cumplimiento de sus quehaceres ordinarios, el hecho de que entonces haga
uso ilegal de dicha arma no lo hace culpable del delito de portar armas pro-
hibidas.
2. ARMAS—PORTAR ARMAS PROHIBIDAS—DEL DELITO EN GENERAL.—Lo que la ley
de portar armas prohibe es la portación ilegal y no el uso ilegal de una arma.

SENTENCIA de *R. López Antongiorgi,* J. (Guayama), condenando al
acusado por el delito de portar armas prohibidas. *Revocada.*

A. *Porrata Doria,* abogado del apelante; *José E. Figueras,* abogado
de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tri-
bunal.

Emilio Segarra fué acusado y convicto de portar un
arma prohibida, es ˙decir, un machete. Al dictar su senten-
cia la corte de distrito dijo:

"Mientras el acusado portaba el arma en las funciones de su
cargo estaba dentro de ley, estaba portándola legalmente; pero
desde el momento en que esa arma la empleó para otros fines, ya
desde este momento, aun estando dentro de la finca a su cargo, es-
taba portando el arma ilegalmente, estaba usándola para fines de
ofensa y defensa. Entiende la Corte que en esas condiciones debe
declarar a este acusado y así lo declara culpable de un delito de
Portar Armas Prohibidas, lo condena a sufrir una pena de 45 días
de cárcel, sin costas."

[1, 2] Covenimos con el fiscal de esta corte en que la
prueba solamente tendía a demostrar que el acusado por-
taba el arma en cumplimiento de sus quehaceres ordinarios.
No estamos de acuerdo con la corte inferior en que el uso
ilegal del machete hacía que el acusado fuera culpable de
portar un arma según lo prohibe la ley. Si el acusado hizo
uso indebido de su arma, él era culpable de un delito, pero
no del delito imputádole.

Según el razonamiento de la corte inferior cualquier

funcionario u otra persona autorizada para portar armas sería igualmente culpable si usara el arma en forma indebida. Lo que la ley prohibe es la portación ilegal y no el uso ilegal.

*Debe revocarse la sentencia apelada y absolverse al acusado.*

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.